UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANTOS SANCHEZ,

    Plaintiff,

CITY OF MILWAUKEE, et al.,

    Defendants.

Case No. 24-CV-0306

## NOTICE OF WITHDRAWAL OF ATTORNEY JUSTIN J. DREIKOSEN

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7(e)(1), Assistant City Attorney Justin J. Dreikosen is withdrawing as counsel for Defendants as he will no longer be employed by the City of Milwaukee as of July 1, 2025. He requests his name be removed from the Court's e-filing distribution list. Assistant City Attorney Meghan Colleen McCabe will remain as counsel for defendants.

Dated and signed at Milwaukee, Wisconsin this 1st day of July, 2025.

EVAN C. GOYKE
City Attorney

s/Justin J. Dreikosen
JUSTIN J. DREIKOSEN
Assistant City Attorney
State Bar No. 1094426
*Attorneys for Defendants*

P.O. ADDRESS:
200 East Wells Street
City Hall 800
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile
Email: jdreik@milwaukee.gov