UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SANTOS SANCHEZ,

        Plaintiff,

v.                                                Case No. 24-CV-0306

CITY OF MILWAUKEE, MOISES GOMEZ,
GEORGE IRIZARRY, STEVEN SPINGOLA,
KENNETH GRAMS, and JOHN VITRANO,

        Defendants.

---

## AFFIDAVIT OF JAMES LEWIS

---

I, JAMES LEWIS, being first duly sworn on oath, depose and state as follows:

1. I am an adult resident of the State of Wisconsin and I provide this Affidavit based on my personal information and belief.

2. I am currently employed as the Police Risk Manager for the City of Milwaukee Police Department (MPD). I also serve as the City of Milwaukee/MPD's Fed. R. Civ. P. 30(b)(6) Corporate Designee in the above-captioned lawsuit.

3. I reviewed the available records and documents relating to the training MPD police officers and detectives received in, and before, 1996.

4. The following training program was in place in, and before, 1996 at the MPD:

    a. *First*, all new incoming/prospective police officers were required to attend and successfully complete a 400-hour Law Enforcement Training Academy as required by Wisconsin law. During the Law Enforcement

Training Academy, all new incoming/prospective police officers received training on, among other things, conducting investigations, interviewing witnesses and suspects, preparing written reports, and handling and disclosing evidence.

b. *Second*, all new police officers were then required to complete a 120-hour Field Training Program (FTP) at the beginning of their employment. During the FTP, all new police officers were paired with experienced Field Training Officers who trained them on, among other things, conducting investigations, interviewing witnesses and suspects, preparing reports, and handling and disclosing evidence.

c. *Third*, all police officers were then required to complete 24 hours of in-service training, as required by Wisconsin law, each year during their employment. During in-service training, all police officers received training on, among other things, conducting investigations, interviewing witnesses and suspects, preparing reports, and handling and disclosing evidence.

d. *Fourth*, in addition to the foregoing training, all new *detectives* were also required to complete an additional training course where they received further training on, among other things, conducting investigations, interviewing witnesses and suspects, preparing reports, and turning over exculpatory evidence. All new detectives were also paired with, and supervised by, a senior detective who monitored their performance, and

2

who provided them with hands-on training until they determined the new detectives were adequately trained to work independently.

> PURSUANT TO 28 U.S.C. SEC. 1746 I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. EXECUTED ON THIS 14TH DAY OF OCTOBER, 2025.
>
> /s/ James Lewis
> **JAMES LEWIS**