UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANTOS SANCHEZ,
    Plaintiff,

v.

Case No. 24-CV-0306

CITY OF MILWAUKEE,
MOISES GOMEZ,
GEORGE IRIZARRY,
STEVEN SPINGOLA,
KENNETH GRAMS,
and JOHN VITRANO,
    Defendants.

## AFFIDAVIT OF DAVID WAGONER

I, David Wagoner, hereby declare as follows:

1. I am currently employed as Chief Latent Print Examiner for the City of Milwaukee Police Department.

2. I have personal knowledge regarding the maintenance and storage of latent fingerprint files at the Milwaukee Police Department, and part of my responsibilities include maintaining and accessing the same.

3. Attached as Exhibit 1 is a true and correct copy of the latent fingerprint file (96-01011-01) relating to the Milwaukee Police Department's investigation of the 1996 murder of Carlos Santiago.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated and signed at Milwaukee, Wisconsin this 13th day of October, 2025.

s/ _____
DAVID WAGONER