# SANCHEZ - WAGONER EXHIBIT 1

## AFIS STATUS
attached 4-19-96 ✓ Mor Pto - Neg PTS
registered 4-19-96 ✓ NEC-Reg. PTS
___ged ___
___tified ___

PATTERN TYPE: A  L  (W)
QUALITY: (F)  G  VG

## MILWAUKEE POLICE DEPARTMENT
### LATENT FINGERPRINT FILE

PE-13  Rev. 3/95

CASE NO. 96-01011
NUMBER OF LIFTS  01
TAKEN BY:  ___
NUMBER OF PHOTOS  10
PHOTOS BY:  P.T.S.

**SUSPECTS**
**PHYSICAL DESCRIPTION**

BROUGHT TO B of I By: Det. Ken Grams

Objects listed which were brought to the Bureau of Identification to be examined for fingerprints.

| | |
|---|---|
| COLOR | |
| SEX | |
| AGE | |
| HEIGHT | |
| WEIGHT | |

SIGNED (B OF I) ___

DATE 4-18-96

COMPLAINANT'S NAME SANTIAGO, CARLOS R  NO ID 18 APR 96  BUSINESS NAME

COMPLAINANT'S ADDRESS 2023 S. 26 ST  BUSINESS ADDRESS

TYPE OF CASE Homicide - G.S.W.

OBJECTS EXAMINED Handgun, Cigarette Packs, Cups. matches

DETECTIVE BUREAU ASSIGNED 58/23 Ken Grams

UNIFORMED OFFICERS ASSIGNED 5Q 96 Buetow, mark

NOTES OF OFFENSE Above Victim was shot once in left chin while seated on sofa at 1831 W Washington. Recovered at scene was spent casing, 9mm handgun, unfired rounds and above evidence

CASE # 113/89
FILE 96-109-3048

| SUSPECTS:  NAME | D.O.B. | B of I No. | CHECKED BY |
|---|---|---|---|
| SANCHEZ, SANTOS NMN | M/08-10-40 (A.K.A. DELGODO, SANTOS) | | ✓ 18 APR 96 |
| | FBI# 871 530 E | NO ID - SANCHEZ, 18 APR 96 | |
| DEPENA, Christina | M/F 1-5-50 | | NO ID DL 4-18-96 |

INVENTORY NO. ___  DATE 4-18-96

PROPERTY TAKEN OUT BY ___  DATE ___

(SEE OVER FOR ADDITIONAL WORK PERFORMED)

MPD-SANCHEZ, S. - 000877

MPD-SANCHEZ, S.- 000878

PO15-B 5-89 SUPPLEMENT REPORT
MILWAUKEE POLICE DEPARTMENT

| | 0 INCIDENT SUPPLEMENT<br>0 ACCIDENT SUPPLEMENT<br>0 JUVENILE SUPPLEMENT | PAGE 01 of 01 | DATE OF REPORT<br>18 APR 96 | INCIDENT/ACCIDENT #<br>96-109-3048 | M-3189 |
|---|---|---|---|---|---|

| INCIDENT | HOMICIDE | | DATE OF INCIDENT/ACCIDENT<br>18 APR 96 | | REP CON # |
|---|---|---|---|---|---|

| INCIDENT<br>INFORMATION | | | | | |
|---|---|---|---|---|---|
| VICTIM | SANTIAGO, Carlos R. | | LOCATION OF INCIDENT/ACCIDENT (Address)<br>1831 W Washington | | DIST<br>02 |

| JUVENILE LAST NAME | FIRST | MID | DATE OF BIRTH | | |
|---|---|---|---|---|---|

| QUAN | TYPE OF PROPERTY | DESCRIPTION | | SERIAL # | CODE # | 0 DETAINED<br>0 ORDERED TO MCCC<br>0 OTHER |
|---|---|---|---|---|---|---|
| | | | | | VALUE | |

On Thursday, 18 APR 96, at 0830hrs, Detective Kenneth GRAMS brought to the Ident.
Divison items to be processed from the above offense. Using various fingerprint powders
I processed two packs of cigarettes, book of matches, coffee cup, drinking glass, and a
piece of paper. No latent prints of any comparative value developed on the items.
A 9mm handgun, four live rounds, a spent cartridge, and handgun magazine was
processed with cyanoacrylate. A latent print developed on the surface of the front side
of the handgun magazine. Ten photographs were taken of the latent print. I assigned this
latent print to latent case # 96-01011-01. All evidence was returned to Detective GRAMS.

| REPORTING OFFICER<br>ID Tech John VITRANO | PAYROLL #<br>38030 | LOC CODE<br>94 | SUPERVISOR SIGNATURE |
|---|---|---|---|

# AFIS LATENT PRINT LAYOUT
## MILWAUKEE POLICE DEPARTMENT

KEY NUMBER  `9` `6`  `0` `/` `0` `/` `/`  `0` `/`

SEX  `U`

CRIME  `0` `9` `9` `9`

Y.O.B.  `U` `U`

Y.O.B. RANGE  ☐

CONTRIBUTOR  ☐ ☐

PATTERN TYPE  `W` ☐

PRIORITY  ☐

L.O.C.  `0` `/` `0`

| | DATE | |
|---|---|---|
| PREPARED BY: | | TIME |
| ENTERED BY: | 18 APR 96 | DATE / TIME |
| L.O.C. COMP BY: | 163 | DATE / TIME |
| HIT | ID # | DATE / TIME |
| IDENTIFICATION BY: | | |

### ADDITIONAL AFIS INFORMATION

LRI _____   LR _____   SP

FINGER NO.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| / | / | / | / | ■ |

| 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|
| / | / | / | / | ■ |

L.P. DEVELOPED BY FUMING ON THE
FRT SIDE OF A CLIP (MAGAZINE)
OF A 9MM HAND GUN.

96-109-3048  M-3189

Date of Offense  OCC: 1831 W. WASHINGTON 18APR96

PCN # 180 50013

USE REVERSE SIDE FOR ADDITIONAL NOTES

ADJACENT FINGER PATTERN TYPE

☐ ☐ ☐ ☐ — ☐ ☐ ☐ ☐
L4 L3 L2 L1   R1 R2 R3 R4

MPD-SANCHEZ, S. - 000879

# AFIS LATENT PRINT LAYOUT
## MILWAUKEE POLICE DEPARTMENT

**KEY NUMBER** 9 6 0 1 0 1 7 0 1

**PRIORITY** [ ]

**CONTRIBUTOR** 0 1

**Y.O.B.** ✓ ✓

**SEX** ✓

**CRIME**

**Y.O.B. RANGE** 0 9 9 7

**PATTERN TYPE** [ ] ✓ [ ]

**L.O.C.** 0 1 0

**FINGER NO.**
6 [ ] 1 [ ]
7 [ ] 2 [ ]
8 [ ] 3 [ ]
9 [ ] 4 [ ]
10 ■ 5 ■

**ADJACENT FINGER PATTERN TYPE**
L4 [ ] L3 [ ] L2 [ ] L1 [ ] - R1 [ ] R2 [ ] R3 [ ] R4 [ ]

**PREPARED BY:** C. Schenk.  DATE 4-9-96  TIME 12:30/a

**ENTERED BY:**  DATE 4-1-996  TIME 11:10/A

**L.O.C. COMP BY:** MB  DATE 4-19-96  TIME 12:45/A

**HIT** ID #  DATE  TIME

**IDENTIFICATION BY:**

**ADDITIONAL AFIS INFORMATION**

**LRI** Homicide 4-13-96  (LR)  SP
13

**PCN #** 1905 0062

**Date of Offense** 4-13-96 -

USE REVERSE SIDE FOR ADDITIONAL NOTES

MPD-SANCHEZ, S.- 000860



MPD-SANCHEZ, S. - 000861

LEAVE BLANK

TYPE ALL INFORMATION IN BLACK
LAST NAME **NAM** 1:     FIRST NAME     MIDDLE NAME

**WISCONSIN CIB**

SIGNATURE OF PERSON FINGERPRINTED

X

DATE     SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

APR 1 8 1996

ALSO KNOWN AS **AKA** 51-53:

CONTRIBUTOR
ORI 54:

**RUSH** ☐

PLACE OF BIRTH POB 4:

CHARGE 58: (Over for additional charges)
LITERAL                    #COUNTS

DATE ARRESTED OR RECEIVED **DOA** 50     SEX/RACE 2:  HGT. 5:  WGT. 6:  EYES 7:  HAIR 8:

DATE OF BIRTH DOB 3:

STATUTE CITATION OR "ORD"     NCIC CODE  FELONY  MISD  NON-C

YOUR NO **OCA** 17:

**LEAVE BLANK**

LITERAL                    #COUNTS
2.

FBI NO. **FBI** 15:

61:
62:

STATUTE CITATION OR "ORD"     NCIC CODE  FELONY  MISD  NON-C

SID NO. **SID** 13:

FINAL DISPOSITION 55: (OVER FOR ADDITIONAL DISPOSITION INFORMATION)
OR APPLICATION FOR: 60. (EMPLOYING AGENCY ON BACK)

SOCIAL SECURITY NO **SOC** 11:

REF: _____

NCIC CLASS FPC 10:

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY     L. THUMB  R. THUMB     RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

MPD-SANCHEZ, S. - 000882



MPD-SANCHEZ, S. - 000863



MPD-SANCHEZ, S. - 000884

LEAVE BLANK
**DEAD FILE**
MILW POLICE DEPT COPY

TYPE ALL INFORMATION IN BLACK
LAST NAME **NAM** 1:    FIRST NAME    MIDDLE NAME
SANTIAGO CARLOS RIVERA

**DEAD FILE**
WISCONSIN
CIB

SIGNATURE OF PERSON FINGERPRINTED
X Carlos Rivera
DATE    SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
01/27/93    Will Graves

ALSO KNOWN AS **AKA** 51-53:
**DEAD FILE**
APR 18 1996

CONTRIBUTOR
ORI 54: 4150
POLICE DEPARTMENT
MILWAUKEE, WI.

RUSH ☐

CHARGE 58: (Over for additional charges)
LITERAL
POCS W/INT DEL-MARIJUANA #COUNTS

DATE ARRESTED OR RECEIVED **DOA** 50
01/27/93

SEX/RACE 2: | HGT. 5: | WGT. 6: | EYES 7: | HAIR 8:
M / W | 506 | 134 | BRO | BLK

PLACE OF BIRTH POB 4:
PUERTO RI

DATE OF BIRTH DOB 3:
02/10/65

STATUTE CITATION OR "ORD" | NCIC CODE | FELONY | MISD | NON-C
161.41(1M)(B) | 3599 | | X |

YOUR NO. **OCA** 17:
276234

LEAVE BLANK
61:
62:
15 M 11 U 00M 0
M 8 W III 18

LITERAL
POCS 1000 FT FROM SCHOOL #COUNTS

FBI NO. **FBI** 15:

STATUTE CITATION OR "ORD" | NCIC CODE | FELONY | MISD | NON-C
161.49 | 9999 | | X |

SID NO. **SID** 13:

FINAL DISPOSITION 56: (OVER FOR ADDITIONAL DISPOSITION INFORMATION)
OR APPLICATION FOR: 60: (EMPLOYING AGENCY ON BACK)

SOCIAL SECURITY NO **SOC** 11:
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

REF:

NCIC CLASS FPC 10:
| 15 | 16 | 15 | A M P | 0 | 13 | P I | P I | P I | 18 |



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
| 15 | 16 | 15 | | 0 |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
| | | | | 18 |

1-27-93

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

MPD-SANCHEZ, S. - 000885



DEAD FILE

TYPE OR PRINT ALL INFORMATION IN BLACK

SANTIAGO    CARLOS    RIVERA

DEAD FILE

DATE ARRESTED OR RECEIVED  04-18-96

YOUR NO. OCA  27G239

DATE OF BIRTH  02/10/65

RUSH

X  unknown Hisp/Male
4-18-96  Crosbie Knapp

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

Victim found shot in the neck at 1831 W. Washington on
4-18-96-

4-18-96  928
LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

1. R. THUMB
2. R. INDEX
3. R. MIDDLE
4. R. RING
5. R. LITTLE

1. L. THUMB
2. L. INDEX
3. L. MIDDLE
4. L. RING
5. L. LITTLE

L. THUMB    R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

SIRCHIE®  CAT. NO. FC543L    SIRCHIE®  CAT. NO. FC543R

MPD-SANCHEZ, S. - 000806



MFD-SANCHEZ, S. - 000887



MPD-SANCHEZ, S. - 000888



MPD-SANCHEZ, S. - 000889



MPD-SANCHEZ, S. - 000890



MPD-SANCHEZ,S.- 000891



MFD-SANCHEZ, S. - 000892



MFD-SANCHEZ, S. - 000893



MPD-SANCHEZ, S. - 000894



MPD-SANCHEZ, S. - 000895



MPD-SANCHEZ, S. - 000896



MPD-SANCHEZ, S. - 000897



MPD-SANCHEZ S. - 000898



MPD-SANCHEZ, S. - 000899



MPD-SANCHEZ S. - 000900



MPD-SANCHEZ, S. - 000901



MFD-SANCHEZ, S. - 000902