```
 1   STATE OF WISCONSIN       CIRCUIT COURT     MILWAUKEE COUNTY
                                BRANCH #36
 2   ---------------------------------------------------------------

 3   STATE OF WISCONSIN,

 4               Plaintiff,

 5      -vs-                          Case No. F-962124

 6   SANTOS SANCHEZ,

 7               Defendant.

 8   ---------------------------------------------------------------

 9                    FURTHER PROCEEDINGS

10   ---------------------------------------------------------------

11   OCTOBER 11, 1996              HONORABLE JEFFREY A. KREMERS
                                    Circuit Judge, presiding
12

13

14                        CHARGE

15            FIRST DEGREE INTENTIONAL HOMICIDE

16

17

18   A P P E A R A N C E S :

19        CAROL KRAFT, Assistant District Attorney, appeared

20   on behalf of the State of Wisconsin.

21

22

23                  * * * * * *

24

25      Karen Mueller-Hagedorn - Official Reporter
```

Case 2:24-cv-00306-BHL    Filed 10/14/25    Page 1 of 2    Document 52-1

EXHIBIT
1

1  A    Carol Kraft.

2  Q    And you are the district attorney assigned to prosecute

3       this--the case that has been called here?

4  A    That's correct.

5  Q    And the previous statements you made as to the

6       materiality of Miss DePena's statement, are those--is

7       that an accurate statement to the best of your

8       knowledge and understanding of the facts in this case?

9  A    It is, Judge.  I reviewed this case.  I am the district

10      attorney that charged this case.  I reviewed all the

11      police reports that were generated in the investigation

12      of this case, and I have interviewed Miss DePena

13      personally during the course of that investigation,

14      both prior to the time that the case was charged and

15      after the case was charged, and I know her to be the

16      only eyewitness to the offense that involved the death

17      of Carlos Santiago at the hands--allegedly at the hands

18      of Santos Sanchez, who is charged as a defendant in

19      this case.

20 Q    And Miss DePena was subpoenaed for the last court

21      appearance and failed to--and served with that

22      subpoena?

23 A    That's correct.  Detective Thomas Maki, who is with me

24      in court today who is sitting directly in front of me,

25      served her with a valid State's subpoena.  I believe it

                           5