| PO-15B SUPPLEMENTARY REPORT MILWAUKEE POLICE DEPARTMENT | Date of Report 7-10-96 | Incident/Accident # 96-109-3048/M-3189 |
|---|---|---|
| INCIDENT | Date of Incident/Accident | Rep. Code # |
| HOMICIDE (SHOOTING) | 4-18-96 | |
| VICTIM | LOCATION OF INCIDENT | DIST |
| SANTIAGO, Carlos R. | 1831 West Washington St. | 6 |
| JUVENILE Last Name First | Middle | Date of Birth |
| QUANT TYPE OF PROPERTY | DESCRIPTION SERIAL # | CODE # VALUE |

On Monday, 4-22-96, at approximately 7:00 P.M., I, **Detective Steven SPINGOLA,** received a telephone call from an anonymous male who asked to speak to me while in the CIB at the Police Administration Bureau. This male, who requested to remain anonymous, indicated that my name had been provided to him regarding this homicide, and further that he wanted to provide information to me about the suspect who, in fact, shot **Carlos SANTIAGO**, the victim in this offense.

This anonymous male indicated to me that two persons were responsible for this homicide, and further that this shooting was the result of a drug dispute. The male went on to relate that there was a female present who ordered this shooting as a result of an unpaid drug debt, and further this anonymous male indicated her name was **Paulina Candelario DECUPY.** The anonymous male further stated that the person who, in fact shot Carlos SANTIAGO was a Hispanic male by the name of **Pacha CANDELARIO**, and further this person may also use the last name of **DECUPY.** This anonymous male stated that these two persons could be found in an apartment building in the 1600 block of South 11th Street, however, he did not have an exact address or any other information on these two persons.

When this anonymous person was asked how he had come to obtain this information, he refused to tell me and hung up the telephone.

Upon checking through our ID Division, I was not able to find any persons by the name of Paulina Candelario DECUPY or Pacha CANDELARIO DECUPY. Various forms of the last name were interposed with the first name, however, there were no persons by that name ever having been arrested or with listings with the Dept. of Transportation in the state of Wisconsin.

EXHIBIT 2

818.9/SEC 4 /PAGE 68

SUPPLEMENT REPORT
HOMICIDE, M-3189
PAGE 2

    I further checked with the Post Office, and was not able to locate anyone with that last name in the 1600 block of South 11th Street.
    I further contacted the FBI and spoke to **Officer Gilbert EWER** a Milwaukee Police Officer who is also sworn in as a Deputy and is acting in that capacity on the FBI Violent Crimes Task Force. Officer EWER ran both of these names through the FBI terminals in an attempt to locate anybody with this last name who may have been arrested nationwide, or had any other information on them, and this check was met with negative results. A teletype indicating that no one with that last name has a record with the FBI is attached to this report.
    The anonymous male who phoned the office has never phoned me, again, and further I have had no contact with this person since that date.
    Report dictated by: Detective **Steven SPINGOLA**.

SS/kt 7-10-96

| REPORTING OFFICER | PAYROLL # | LOC. CODE | SUPERVISOR SIGNATURE |
|---|---|---|---|
| Detective Steven SPINGOLA | 44277 | 91 | Lt. Kane |

3189    4    69