| PO-15B SUPPLEMENTARY REPORT MILWAUKEE POLICE DEPARTMENT | | Date of Report 7-13-96 | Incident/Accident # 96-109-3048/M3189 | |
|---|---|---|---|---|
| INCIDENT | | Date of Incident/Accident | Rep. Code # | |
| HOMICIDE | | 4-18-96 | | |
| VICTIM | | LOCATION OF INCIDENT | DIST | |
| SANTIAGO, CARLOS R. | | 1831 W. WASHINGTON | SIX | |
| JUVENILE Last Name | First | Middle | Date of Birth | |
| QUANT | TYPE OF PROPERTY | DESCRIPTION | SERIAL # | CODE # VALUE |

On Friday, 7-12-96, at approximately 7:00 AM, we, Squad 125, **Detectives Charles HARGROVE** and **Percy MOORE**, were contacted by **Assistant District Attorney Carole KRAFT**, who informed detectives that a subject by the name of **Roberto MORROBEL** (phonetic), of 2023 W. Mitchell St. may have information relative to the above homicide.

At approximately 10:30 AM, these detectives responded to 2023 W. Mitchell St. Upon our arrival, we knocked at the door at which time a Hispanic male who introduced himself as **Roberto Antonio MORROBEL**, DOB: 12-7-66, answered the door. Mr. MORROBEL indicated to detectives that he is the brother-in-law of suspect **Santos SANCHEZ** (phonetic), and that he had information relative to this case that was related to him by Santos SANCHEZ.

At that point, Mr. MORROBEL, invited detectives up into his residence and indicated that he lives there with his wife **Enraqueda JIMIEZ**, H/F, DOB: 8-16-66. Mr. MORROBEL states that his phone number is 672-3487. He states that he has been living at that location for approximately three or four years and that he owns the storefront business located in the lower. He states the name of the business is Telecommunications Jimiez.

Regarding the incident, Mr. MORROBEL states that on the morning of the homicide at about 2:00 AM, Santos SANCHEZ came to his house on foot. Santos knocked on the door and he, Roberto, went downstairs to open the front door. He remembers that Santos was wearing blue jeans and some kind of a shirt. He asked Santos, "What's going on?" Santos said, "I just saw my friend get shot." He states that Santos was very upset and he was sweating. He states he asked Santos who got shot. Santos replied my friend. Roberto said Santos gave a name, but he cannot recall that name.

EXHIBIT
3

M__3189__ SEC __4__ / PAGE __77__

Case 2:24-cv-00306-BHL    Filed 10/14/25    Page 1 of 4    Document 52-3

Santos continued stating, "He thought he was dead." He asked
Santos what happened. At that point that's when Santos began to
tell him what happened. Santos stated that "Pacha" (phonetic)
group, meaning Christina, Paulina, Candileria DEQUPE, and two
unknown Hispanic males. This group of individuals wanted Santos
and Carlos to find some buyers from drugs. Carlos stated that he
located a Puerto Rican and a Cuban male to buy some drugs. Santos
stated that Carlos located a Puerto Rican and a Cuban male to buy
the drugs, and Santos hooked them up with "Pacha" (phonetic) to
purchase seven to eight ounces of cocaine. Santos stated that
these two guys came over to Carlos's house where the deal was to
take place. Santos stated that once there the two males robbed
"Pacha" of the drugs. Santos stated that he was there, Carlos was
there, Carlos's wife was there, Christina was there, Paulina was
there, and the two Hispanic males who were suppose to purchase the
drugs were there. He states that during the robbery a Cuban male
fired the two shots. While there, he states, the Puerto Rican male
grabbed the drugs. He states the Cuban male is the one who pulled
out the gun and said that this is a robbery, fired two shots, and
assisted in taking the drugs, then they took off. Santos said this
took place in the evening, but isn't sure what time. Santos said
that after the robbery took place everybody went out looking for
the two robbers. Santos said when they went out looking for the
robbers, Santos and Carlos were in Carlos's car and everybody else
was in a different car.

Santos stated that they couldn't find the robbers so they all
went to Christina's house. He stated that upon arriving at
Christina's house they all went up to Christina's apartment. When
they got upstairs, Christina and Paulina started to accusing Santos
and Carlos of knowing who those guys were who robbed them. They
were saying things like, "You better get our drugs back. You
better find them." This was said in a threatening manner.

M     3 1     / SEC     4     / PAGE 78

Santos stated that at that point Paulina said that she was
going to leave the house and go find "Pacha" to see if "Pacha"
could make Santos and Carlos tell where the robbers went. Santos
stated that some time passed, he's not sure how much time, but a
few moments later there was a knock at the door. Christina went
down to answer the door. At that point "Pacha" came up the stairs
in the apartment. He states that "Pacha" had a gun in his hand and
upon opening the door "Pacha" hit Santos in the face with his left
hand and stated that he wanted his drugs back. Santos stated that
then "Pacha" shot Carlos. Santos stated that when Carlos got shot
he was seated on the sofa. Santos said that upon seeing "Pacha"
with the gun, he attempted to run out the door and as he was
running out the door he heard the sound of one shot. He states
upon looking back he saw Carlos bleeding from the side of his head.
He states that after seeing that he ran. Santos said he ran
directly to Roberto's house on Mitchell Street. It should be noted
that Roberto states that this must be true because when he saw
Santos and as Santos was telling his this, Santos was still
sweating.

Roberto states that at about 6:00 AM that morning, the police
dropped Christina's and Santos's three kids at his house. Upon
dropping the kids off at his house Roberto states that Santos was
seated on the sofa in his apartment when the police dropped the
kids off. He states that the officers did not ask him any
questions relative to Santos regarding Santos. The officers did
not stay very long, they simply dropped the kids off and left. He
states that upon the officers leaving the three kids came in and
began hugging and crying with their father. Roberto states the
same day at about 9:00 AM he went downstairs to open his business.
He states that while he working and behind the desk a telephone
call came in at about noon. He answered the phone and it was
"Pacha". Roberto states that "Pacha" stated to him that, "He

Case 2:24-cv-00306-BHL    Filed 10/14/25    Page 3 of 4    Document 52-3

should get a hold of <u>Santos</u> and tell him that he should leave town so that he, Santos, would avoid problems with "<u>Pacha</u>". "Pacha" then hung up and upon completing the telephone call he went upstairs and told Santos what "Pacha" said. He states that "Pacha" also said that he had fucked up and didn't know the gun was loaded; it was an accident.

It should also be noted that through the interpreter I had a brief conversation with <u>Roberto MORROBEL'S</u> wife, who indicated that approximately one month ago she received a telephone call from her mother is name is **Felipa JIMINEZ**. Her mother lives in the city of Mitches located in the Dominican Republic. She stated that ever since this incident occurred she has been talking back and forth with her mother. She states that this time while talking with her mother, her mother informed her that she had seen "Pacha" in the city of Mitches in the Dominican Republic. She states at that point she told her mother to stay away from "Pacha" because "Pacha" was trouble.

This concludes the interview of the MORROBEL family located at 2023 W. Mitchell St.

REPORT DICTATED BY: DETECTIVE <u>CHARLES HARGROVE</u>

CH:kar 7-13-96

| REPORTING OFFICER | PAYROLL # | LOC. CODE | SUPERVISOR SIGNATURE |
|---|---|---|---|
| DETECTIVE CHARLES HARGROVE | 50525 | 93 | |

Case 2:24-cv-00306-BHL    Filed 10/14/25    Page 4 of 4    Document 52-3