| PO-15B SUPPLEMENTARY REPORT | Date of Report | Incident/Accident # |
| MILWAUKEE POLICE DEPARTMENT | 7/10/96 | 96-1093048/M3189 |
| INCIDENT | Date of Incident/Accident | Rep. Code # |
| HOMICIDE | 4/18/96 | |
| VICTIM | LOCATION OF INCIDENT | DIST |
| SANTIAGO, Carlos | 1831 W. Washington | 6 |
| JUVENILE Last Name   First | Middle | Date of Birth |

| QUANT | TYPE OF PROPERTY | DESCRIPTION | SERIAL # | CODE # | VALUE |

On Tuesday, July 9, 1996 at approximately 12:00 P.M., this detective along with **Assistant District Attorney Carol KRAFT** was conducting a pre-trial conference. During said conference, ADA Carol KRAFT wanted to go over the statement given by **Maritza TORRES**-F/Hispanic, dob-8/23/69 who resides at 2621 W. National, phone #383-0825. It should be noted that upon reviewing the statement of Maritza TORRES, Ms. TORRES indicated that the statement that she had given to **Detective Randy OLSON** on April 18, 1996 is true and correct.

Ms. TORRES went on to state that since the above incident occurred she has visited the suspect, **Santos SANCHEZ**, in the Criminal Justice Facility. It should be noted that said visit took place on May 17, 1996. Ms. TORRES was questioned as to why she visited Mr. SANCHEZ in the Criminal Justice Facility, to which she replied "She went to the jail because she wanted to know why they killed her husband and all that". She stated about one month ago she decided to go visit Santos. She and her girlfriend **Socky PAGAN**-F/Hispanic, 35 to 36 yoa, who lives in the area of 23rd and W. Greenfield, no phone, went to visit SANCHEZ at around 1:20 P.M. She stated that she, Maritza, drove her vehicle to Socky's house. Once there, Socky drove the vehicle downtown to the Criminal Justice Facility.

Upon arriving at the Criminal Justice Facility, Socky remained outside of the building while she went inside to visit Santos. She stated that the entire visit took approximately 30 minutes. She stated she sat down and she told Santos "Here I am and I want you to tell me the truth. You two were great friends and I cannot believe this". She stated that's when Santos started to explain to her what happened. Ms. TORRES stated that Santos told her that

EXHIBIT 4

#189, SEC 4 /PAGE 70

Case 2:24-cv-00306-BHL    Filed 10/14/25    Page 1 of 4    Document 52-4

when they left the house they went to Mimo's Bar somewhere on Washington Ave. Santos said they went to Mimo's Bar because they thought that there they would find those guys, meaning the guys that ripped them off for the drugs. But once they got to Mimo's Bar, they didn't find the guys so they all got back into their cars. <u>Santos</u> told <u>TORRES</u> that once they all got back into their cars he, Santos, told people in the following car, namely, **Christina, unknown Hispanic female,** and two unknown Hispanic males who were following in a light blue 4 dr. car, that they would all meet up at Christina's apartment to talk there. Santos then told TORRES that he and Carlos did not intend to go upstairs to Christina's apartment. Santos told TORRES that the two Hispanic males in the following car who were with Christina forced he and Carlos to go up to Christina's apartment. Santos stated that everybody from both vehicles went up to Christina's apartment.

Santos stated that once they got up to Christina's apartment Christina's children were up there sleeping; however, one of Christina's daughters was awake. Santos did not tell her what the daughter's name was but Santos said that it was the daughter that is not by him, the oldest daughter. Santos stated when they got upstairs the two guys and Christina were talking to he and Carlos. They were saying things like "Come on, you gotta know what's going on." Then Santos said the unknown Hispanic female that was in the car with Christina called her brother **Pacha**. He didn't know the phone number that she called. Santos said that this female called her brother and asked him to come over to clear things up. Santos stated that a short while later that guy, meaning Pacha, showed up and upon Pacha arriving he began asking he and Carlos questions. Pacha asked Santos and Carlos "You gotta tell me otherwise you not getting out of here alive".

Santos stated that Carlos was telling Pacha that they didn't know anything more. Carlos said that the only other thing that

SUPPLEMENT REPORT
RE: HOMICIDE-96-1093048/M3189
PAGE 3

they knew about those guys was that they lived on the north side. Pacha then said to Carlos and Santos "Tell me the truth" because they, meaning Carlos and Santos had to know. Santos told TORRES that Pacha meant that he and Carlos had to be involved in the rip off in some way. Santos told TORRES that Carlos was saying to Pacha he didn't know anything about this, that he didn't know where those guys lived or where they were. Pacha was asking Carlos and Santos as he had a pistol pointed at them "Where are those guys and that sort of thing". Carlos told Pacha to watch that pistol, that's nothing to play around with. Santos told TORRES that's when Pacha pistol whipped Carlos in the head, causing Carlos to fall to the ground. Santos told TORRES that that's when he went over to attempt to help Carlos up. Santos said that at that point Pacha hit him.

Santos said that after being hit Carlos appeared to be winded from the blow. Santos told TORRES that after he got hit Carlos attempted to stand up at which time Pacha thought Carlos was about to jump him, that's when Pacha shot Carlos in the head. Santos stated after Carlos got shot, fearing for his life, he stood up and pushed and shoved Pacha and escaped. Santos said he went out and hid because he thought they, meaning Pacha and his friends, were going to kill him as well. Santos said that this shooting was witnessed by Christina and Christina's oldest daughter, the one who is not his daughter. Maritza TORRES stated that that's all that Santos told her regarding the incident. She stated that she doesn't know anything else about how her husband Carlos SANTIAGO was killed.

After completing the interview of Maritza TORRES, this detective conveyed Maritza TORRES to her in-laws house in the area

3189  4    72

Case 2:24-cv-00306-BHL    Filed 10/14/25    Page 3 of 4    Document 52-4

SUPPLEMENT REPORT
RE: HOMICIDE-96-1093048/M3189
PAGE 4


of 24th and W. National Ave.
    Report per **Detective Charles HARGROVE**.
CH:jaj 7/10/96

| REPORTING OFFICER | PAYROLL # | LOC. CODE | SUPERVISOR SIGNATURE |
|---|---|---|---|
| *Det. Charles W. Hargrove* (signature)<br>DET. CHARLES HARGROVE | 50525 | 93 | |

3189    4    73