| PO15-B 5-89 SUPPLEMENT REPORT<br>MILWAUKEE POLICE DEPARTMENT | O INCIDENT SUPPLEMENT<br>O ACCIDENT SUPPLEMENT<br>O JUVENILE SUPPLEMENT | PAGE 01 of 01 | DATE OF REPORT<br>18 APR 96 | INCIDENT/ACCIDENT #<br>96-109-3048  M-3189 | |
|---|---|---|---|---|---|
| INCIDENT INFORMATION | INCIDENT | HOMICIDE | | DATE OF INCIDENT/ACCIDENT<br>18 APR 96 | REP CON # |
| | VICTIM | SANTIAGO, Carlos R. | | LOCATION OF INCIDENT/ACCIDENT (Address)<br>1831 W Washington | DIST<br>02 |
| JUVENILE LAST NAME | FIRST | MID | DATE OF BIRTH | O DETAINED<br>O ORDERED TO MCCC<br>O OTHER | |
| QUAN | TYPE OF PROPERTY | DESCRIPTION | SERIAL # | CODE # | VALUE |

On Thursday, 18 APR 96, at 0830hrs, Detective Kenneth GRAMS brought to the Ident. Divison items to be processed from the above offense. Using various fingerprint powders I processed two packs of cigarettes, book of matches, coffee cup, drinking glass, and a piece of paper. No latent prints of any comparative value developed on the items.

A 9mm handgun, four live rounds, a spent cartridge, and handgun magazine was processed with cyanoacrylate. A latent print developed on the surface of the front side of the handgun magazine. Ten photographs were taken of the latent print. I assigned this latent print to latent case # 96-01011-01. All evidence was returned to Detective GRAMS.

EXHIBIT 5

| REPORTING OFFICER<br>ID Tech John VITRANO | PAYROLL #<br>38030 | LOC CODE<br>94 | SUPERVISOR SIGNATURE |
|---|---|---|---|